# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gamada A. Hussein,<br><br>    Plaintiff,<br><br>v.<br><br>Keith Ellison, Minnesota Attorney General; Minnesota Attorney General Office; State of Minnesota; and John Does,<br><br>    Defendants. | Case No. 21-MC-0063 (SRN)<br><br><br>**ORDER** |

SUSAN RICHARD NELSON, United States District Judge

    Plaintiff Gamada A. Hussein was restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District. *See Gamada v. Whitaker*, No. 19-CV-0292 (JRT/HB), ECF No. 37 (D. Minn. Sept. 18, 2019). This matter is before the Court on Hussein's request for authorization to file a new civil action. [Doc. No. 1.] Upon review, the Court concludes that the proposed civil action lacks an arguable basis either in fact or in law and therefore is frivolous. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Accordingly, the Court denies the request for authorization and orders that this proceeding be closed. The Court also certifies that any appeal taken from this denial would not be in good faith, and thus any request to proceed *in forma pauperis* on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A).

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

1

Dated: September 28, 2021        s/Susan Richard Nelson
                                 SUSAN RICHARD NELSON
                                 United States District Judge

CASE 0:21-mc-00063-SRN   Doc. 2   Filed 09/28/21   Page 2 of 2

2